1 | SO. CAL. EQUAL ACCESS GROUP
2 | Jason J. Kim (SBN 190246)
  | Jason Yoon (SBN 306137)
3 | 101 S. Western Ave., Second Floor
  | Los Angeles, CA 90004
4 | Telephone: (213) 205-6560
  | cm@SoCalEAG.com
5 | Attorneys for Plaintiff
  | MARIO MENDOZA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MENDOZA,<br><br>   Plaintiff,<br><br>   vs.<br><br>MEALS CLOTHING LLC; JONAS BROTHERS, LLC; and DOES 1 to 10,<br><br>   Defendants. | Case No.: 2:25-cv-03993-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff MARIO MENDOZA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

   (a) **Voluntary Dismissal.**

      (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

         (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED: July 2, 2025           **SO. CAL. EQUAL ACCESS GROUP**

By:   /s/  *Jason J. Kim*
      Jason J. Kim, Esq.
      Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**